**大成 DENTONS**

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 8/20/2024

**MEMO ENDORSED**

August 19, 2024

<u>VIA ECF</u>

The Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Wahab v. Beyond, Inc.*, Case No. 1:24-cv-03786-JHR-BCM

Dear Judge Moses:

We represent Defendant Beyond, Inc. ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from August 18, 2024 to October 3, 2024.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)

> Application **GRANTED** to the extent that defendant's deadline to respond to the complaint is **EXTENDED** to September 19, 2024. No further extensions of this deadline will be granted. **SO ORDERED.**
>
> **Barbara Moses**
> **United States Magistrate Judge**
> **August 20, 2024**

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms