UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

ANGELA WAHAB, on behalf of herself and all others similarly situated,

                             Plaintiff,

    -v.-

BEYOND, INC.

                            Defendants.

------------------------------------------------------------------------x

Civil Action No:
1:24-cv-3786

The Clerk of Court is directed to cancel all deadlines, terminate all pending motions, and close this case. SO ORDERED.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: September 24, 2024

**NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: September 23, 2024

                                                Respectfully Submitted,

                                                */s/Rami Salim*
                                                Rami Salim, Esq.
                                                **Stein Saks, PLLC**
                                                One University Plaza, Suite 620
                                                Hackensack, NJ 07601
                                                rsalim@steinsakslegal.com
                                                Tel. 201-282-6500
                                                Fax 201-282-6501
                                                *Attorneys for Plaintiff*

Case 1:24-cv-03786-JHR-BCM   Document 17   Filed 09/24/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/2024